133 A.3d 290

James MITCHELL, Petitioner

v.

COURT OF COMMON PLEAS OF DELAWARE COUNTY, Respondent.

No. 1 MM 2016.

Supreme Court of Pennsylvania.

March 7, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of March, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition

for Writ of Mandamus and/or Extraordinary Relief is **DE-NIED.**

Justice EAKIN did not participate in the consideration or decision of this matter.